529 A.2d 1076

## In re Nomination Petitions of Kevin PASQUAY,

### Petition of Joan L. KRAJEWSKI.

### No. 375 E.D. Allocatur Docket 1987.

Supreme Court of Pennsylvania.

May 14, 1987.

Stephen P. Gallagher, Stack and Gallagher, Philadelphia, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 14th day of May, 1987, the Petition for Allowance of Appeal is granted. The order of the Commonwealth Court entered April 29, 1987, at No. 786, C.D.1987, —— Pa.Commonwealth ——, 525 A.2d 13, is affirmed on the Opinion of the Honorable Madaline Palladino.